IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 07-00139 |
| JAMES E. COBBINS, SR. and SHARON COBBINS, | CHAPTER 13 |
| Debtors. | JUDGE PAMELA S. HOLLIS |

STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes SN SERVICING CORPORATION, SERVICING AGENT ON BEHALF OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors and/or assigns (hereinafter referred to as "SN SERVICING"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on January 4, 2007, the Debtors herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That SN SERVICING is a creditor of the Debtors with respect to a certain mortgage upon real estate, with a common address of 2931 Alexander Crescent, Flossmoor, Illinois 60422.

3. That, on January 7, 2011, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. That, as of this date, creditor's records reflect a balance due in the amount of $990.00 which represents pre-petition attorney fees which were assessed post-petition and therefore not paid through the plan. (See Exhibit A.)

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for SN SERVICING CORPORATION, SERVICING AGENT ON BEHALF OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its Successors and/or Assigns

LOAN NO.  0335                                                    INVOICE DATE:  1/08/07
                                                                  INVOICE NUMBER:  05418

                              LAW OFFICES
                        PIERCE & ASSOCIATES, P.C.
                              Suite 1300
                          1 North Dearborn
                        Chicago, Illinois  60602
                            (312) 346-9088
                          FAX (312) 346-1557
                        FED TAX I.D.# 36-3833645

P&A #            0611658                                          PAGE NO.        1

REFERENCE NAME   COBBINS, JAMES E. AND SHARON

                 2931 ALEXANDER CRESCENT
                 FLOSSMOOR, IL 60422

  TO: SN SERVICING CORP.                                          INVESTOR:
      SN SERVICING CORP. (Eureka, CA)                             LOAN TYPE:   CONV
      323 FIFTH STREET
      EUREKA, CA  95501


- - - - - - - - - - - - - - - - C U R R E N T   I N V O I C E - - - - - - - - - - -

FEES:                                                             BILLINGS

  Atty Fees - Foreclosure ......                                    990.00
                                                                    ──────
                                                                    990.00

COSTS:                                                            BILLINGS


  No Costs Billed                                                     0.00


TOTAL AMOUNT DUE THIS INVOICE --->                        $         990.00

  Please make checks payable to Pierce & Associates, P.C.  If you have any
questions please contact  JENNIFER JOHNSON EXT 5228

 This statement unless disputed within 30 days will be considered valid
for all purposes and we would appreciate payment within 30 days.

EXHIBIT A